**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ERIC JASON FIORENTINO, JR.** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:23-cv-00126-BWR** |
| **TYRONE NELSON, et al.** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [37] to Dismiss for Lack of Prosecution filed by Defendants Tyrone Nelson and Austin Barnett is **GRANTED**. Plaintiff Eric Jason Fiorentino Jr.'s claims against both Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute this case.

**SO ORDERED AND ADJUDGED**, this 16th day of September, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE